1  David R. Markham (SBN 071814)
2  *dmarkham@markham-law.com*
3  Lisa Brevard (SBN 323391)
   *lbrevard@markham-law.com*
4  **THE MARKHAM LAW FIRM**
5  888 Prospect St., Suite 200
   La Jolla, California 92037
6  Tel.: (619) 399-3995
   Fax: (619) 323-1684
7  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CARL THIEROFF, an individual; JOSHUA KAHANE, an individual; PHILLIP WALTON, an individual; on behalf of themselves and a Class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MARINE SPILL RESPONSE CORPORATION, a Tennessee Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-06075-GW-MRW <br><br> **CLASS AND PAGA REPRESENTATIVE ACTION** <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR FINAL ORDER AND JUDGMENT APPROVING CLASS AND REPRESENTATIVE ACTION SETTLEMENT** <br><br> Date:    April 22, 2024 <br> Time:    8:30 a.m. <br> Judge:   Hon. George H. Wu <br><br> State Court Compl. Filed:   5/14/21 <br> Removal Filed:   7/28/21 <br> 1st Amended Compl. Filed:  10/22/21 <br> 2nd Amended Compl. Filed:  6/27/22 <br> 3rd Amended Compl. Filed:  7/15/22 <br> 4th Amended Compl. Filed:  4/19/23 <br> Trial Date:   None |

1  Isam Khoury (SBN 58759)
   ikhoury@ckslaw.com
2  Michael D. Singer (SBN 115301)
   msinger@ckslaw.com
3  Maggie Realin (SBN 263639)
4  mrealin@ckslaw.com
5  **COHELAN KHOURY & SINGER**
   605 C St., Suite 200
6  San Diego, CA 92101
7  Attorneys for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 22, 2024, at 8:30 a.m., or as soon thereafter as the matter may be heard at the First Street United States Courthouse, 350 W 1st Street, Suite 4311, Los Angeles, CA 90012, before the Honorable George H. Wu, pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiffs Carl Thieroff, Joshua Kahane, and Phillip Walton, on their own behalf, and on behalf of the proposed Class, defined as "All current and former Responders and response-related non-exempt employees who worked for Defendant Marine Spill Response Corporation ("MSRC" or "Defendant") in California between May 14, 2017 and December 31, 2023", will move for approval of their motion for final judgment and order approving class and representative action settlement.

This Motion shall be based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the declarations of counsel, Plaintiffs, and Settlement Administrator, the proposed order, and upon such further evidence, both documentary and oral, as may be presented at the hearing of this motion.

This Motion will be heard concurrently with Plaintiffs' motion for approval of attorneys' fees and costs, and class representatives' incentive payments, and Plaintiffs will seek that the Court:

(a) determine whether the proposed Settlement should be finally approved by the Court as fair, reasonable and adequate;

(b) determine the reasonableness of Class Counsel's request for attorneys' fees and costs;

(c) determine the reasonableness of the Class Representatives' Incentive Payments requested for the Class Representatives; and

(d) order entry of Judgment in the Class and Representative Action, which shall constitute a complete release and bar with respect to the Released Claims as

1

described in paragraph I(GG) and PAGA Release Claims as described in paragraph I(BB) of the Settlement Agreement.

DATED: March 25, 2024          **THE MARKHAM LAW FIRM**

By: /s/ David R. Markham
    David R. Markham
    Lisa R. Brevard

**COHELAN KHOURY & SINGER**
Isam Khoury
Michael D. Singer
Maggie Realin