## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 21-6075-GW-MRWx | Date | April 22, 2024 |
|---|---|---|---|
| Title | *Carl Thieroff, et al. v. Marine Spill Response Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Maggie K. Realin<br>Lisa R. Brevard | Howard M. Knee<br>Jeffrey Rosenfeld |

**PROCEEDINGS:** **TELEPHONIC HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVES' INCENTIVE PAYMENTS [80]; and PLAINTIFFS' MOTION FOR FINAL ORDER AND JUDGMENT APPROVING CLASS AND REPRESENTATIVE ACTION SETTLEMENT [81]**

The Court's Tentative Rulings on Plaintiffs' Motions [80, 81], was issued on April 19, 2024 [84]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Motions are GRANTED. Plaintiffs' counsel is to prepare and file an amended order by close of business today.

: 03

Initials of Preparer   JG